# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-cr-0011-RLH-GWF |
| vs. | ) | **O R D E R** |
| GREGORY WILSON, | ) | |
| Defendant. | ) | |

Before this Court is the Findings and Recommendations (#37, filed September 29, 2009) of United States Magistrate Judge George W. Foley, entered by Judge Foley regarding Defendant's Motion to Suppress Evidence for Fourth Amendment Violation (#17, filed July 22, 2009) and Motion for a *Franks* Evidentiary Hearing (#32, filed September 16, 2009). Objections (#38) were filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States filed an Opposition (#39) thereto, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

////

////

1

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#37, entered September 29, 2009) are ACCEPTED and ADOPTED, Defendant's Motion to Suppress Evidence for Fourth Amendment Violation (#17) and Motion for a *Franks* Evidentiary Hearing (#32) are denied.

Dated:   November 5, 2009.

_____
**ROGER L. HUNT
Chief U.S. District Judge**