**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                        Plaintiff,           )<br>                                                              )<br>            v.                                              )           2:09-CR-011-RLH (GWF)<br>                                                              )<br>GREGORY WILSON,                       )<br>                                                              )<br>                        Defendant.      ) | |

**FINAL ORDER OF FORFEITURE**

On January 19, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant GREGORY WILSON guilty to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a request nexus to the offense to which defendant GREGORY WILSON was found guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on February 25, 2010, March 4, 2010, and March 11, 2010, in the Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 8, 2010 through July 7, 2010, further notifying all known third parties by personal service of their right to petition the Court.

On June 18, 2010, Maxie Davis Hooks filed a Petition, Stipulation for Return of Property and Order as to the .40 caliber Hi Point pistol, model JC 40 S&W, serial number 123993. #91.

On June 23, 2010, this court entered an Order granting the Petition, Stipulation for Return of Property, and Order as to Maxie Davis Hooks. #92.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a)   a .40 caliber Hi Point pistol, model JC 40 S&W, serial number 123993;

b)   three (3) rounds CCI Ammunition .40 Caliber; and

c)   any and all rounds of ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___25th___ day of ___August___ 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on August 24, 2010 by the below identified method of service:

E-mail/ECF

Todd M. Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
*Counsel for Gregory Wilson*

/s/ HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk