# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES, | Case No.: 2:09-cr-00011-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Transcripts and All Court Documents–#108) |
| GREGORY WILSON, | |
| Defendant. | |

Before the Court is Defendant Gregory Wilson's **Motion for Transcripts and All Court Documents** (#108, filed Dec. 22, 2011). The United States did not file an opposition.

Wilson's motion requests the Court provide him with "all court documents, police reports, discovery, memoes [*sic*], transcripts, notes, complaints, innictments [*sic*], information, arrest warrants, probation reports, all motions, etc." from his case so that he may continue to "proceed with his legal issues." As the time for appeal in his case has passed, the Court is unsure what legal issues Wilson refers to. In any event, without further information, the request is too vague as the Court cannot determine the relevancy of any of these materials. Further, the Court does not have police reports, discovery, memos, transcripts, notes, various bits of information, or probation reports. Thus, the Court denies the motion.

AO 72
(Rev. 8/82)

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Wilson's Motion for Transcripts and All Court Documents (#108) is DENIED.

Dated: January 24, 2012.

_____
ROGER L. HUNT
United States District Judge