UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No.: 2:09-cr-00011-RLH-GWF |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | (Motion to Produce Trial Record – #112) |
| GREGORY WILSON, | ) ) | |
| Defendant. | ) ) | |

      Before the Court is Defendant Gregory Wilson's **Motion to Produce Trial Record** (#112, filed Oct. 15, 2012). The United States did not file an opposition.

      Wilson's motion requests the Court provide him with "a complete record of trial transcript [sic]" from his case so that he may "adequately and thoughrly [sic] persue [sic] and exhaust all avenues of appealls [sic]." Additionally, Wilson requests for the "tolling time be set aside and re-start after producing trial record."

      The Court denies Wilson's request for three reasons. First, Wilson's counsel previously provided him with all relevant and requested materials in August 2011. (#112, Ex. 1) If those materials have since been misplaced, Wilson needs to re-request those materials directly from his attorney. Second, as the time for appeal in his case has long since passed, the Court is

1

unsure what avenues of appeal Wilson refers to.  In any event, without further information, the request is too vague as the Court cannot determine the relevancy of any of these materials or the avenues of appeal Wilson presumably wants to exhaust.  Third, Wilson's request is untimely.  Wilson's last request for documentation was made to his attorney over one year ago and Wilson's prior request to this Court was made over nine months ago.  Wilson offers no justification as to the reasons for the delay in the request or why the delay is excusable.  For these reasons, the Court denies the motion.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Wilson's Motion for Transcripts and All Court Documents (#112) is DENIED.

Dated: October 25, 2012.

_____
ROGER L. HUNT
United States District Judge