1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:09-cr-0011-RLH-GWF |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | DENYING APPEALABILITY |
| | ) | |
| GREGORY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

16

17

18         Following the court's denial of Defendant's Motion for Expert Witness and

19   Evidentiary Hearing (#113, filed Sep. 30, 2013) and Motion Pursuant to 28 U.S.C. § 2255 to

20   Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#115, filed Sep. 30, 2013),

21   Defendant Wilson filed a Motion for Certificate of Appealability. (#127, filed May 2, 2014).

22   Wilson has not filed a Notice of Appeal.

23         This court will not enter a certificate of appealability because, as noted in the order

24   of denial, Wilson's § 2255 petition was untimely and not subject to equitable tolling. Wilson failed

25   to make "a non-frivolous showing that he had a severe mental impairment during the filing period

26   that would entitle him to an evidentiary hearing." *Bills v. Clark*, 628 F.3d 1092, 1100-01 (9th Cir.

AO 72
(Rev. 8/82)

1    2010). The evidence showed that Wilson was not mentally impaired as he made cogent requests

2    for medical assistance and filed letters and motions with the court pursuing other legal remedies.

3    Accordingly, Wilson's request for an evidentiary hearing was frivolous, he was not entitled to an

4    evidentiary hearing or equitable tolling, and his § 2255 petition was untimely.

5              IT IS THEREFORE ORDERED that this court will not issue a certificate of

6    appealability in this matter.

7              Dated: May 8, 2014.

8

9                                                    _____

10                                                   **ROGER L. HUNT**
                                                     **United States District Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev. 8/82)