UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:09-CR-11-RLH-GWF |
| Plaintiff, | ) | |
| vs. | ) | **Order Extending Deadlines Regarding Defendant's Motion to Reconsider** |
| GREGORY WILSON, | ) | |
| Defendant. | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's Response deadline is December 12, 2017; and Wilson's Reply deadline is January 2, 2018.

DATED this 20th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE