UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY WILSON,<br><br>Defendant. | Case No. 2:09-CR-00011-KJD-GWF<br><br>**STIPULATION REGARDING RESENTENCING** |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS ORDERED that Wilson be resentenced to 120 months' imprisonment, to be followed by three years of supervised release. The Court will enter an amended judgment to that effect.

DATED this  6th  day of June, 2018

                                        _____
                                        HONORABLE KENT J. DAWSON
                                        UNITED STATES DISTRICT JUDGE