Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 6, 2020**

Name of Offender: **Gregory Wilson**

Case Number: **2:09CR00011**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **June 6, 2018**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **120 Months prison, followed by 3 years supervised release.**

Date Supervision Commenced: **June 13, 2018**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Community Service** – You must complete 40 hours of community service within 2 months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

## CAUSE

On April 30, 2010, the Honorable Roger L. Hunt sentenced Wilson to 240 months imprisonment, followed by 60 months of supervised release for committing the offense of Felon in Possession of a Firearm. On June 6, 2018, Your Honor amended Wilson's sentence to 120 months imprisonment, followed by a 3-year term of supervised release. On June 13, 2018, Wilson commenced supervision in the District of Nevada.

On August 27, 2018, a report on offender under supervision was submitted to the Court advising your Honor that Mr. Wilson missed three drug tests and was verbally admonished. No formal Court action was requested at that time. The Court concurred with the proposal.

On December 12, 2018, a request for modification to conditions was submitted to the Court advising your Honor that Mr. Wilson failed to report for drug testing on two more occasions, and that he was discharged as non-compliant from treatment for failure to attend as directed. The Court agreed to add the condition to complete community service within two months. Mr. Wilson successfully completed the community service hours as directed.

Since the Court was notified of the above-mentioned violations, Mr. Wilson failed to report for drug testing on the following dates: January 21, 2019, May 12, 2019, May 30, 2019, June 24, 2019, and July 1, 2019.

To impress upon Wilson the importance of remaining in compliance with terms of supervision, we respectfully request his conditions of supervised release be modified to add 40 hours of community service to be completed in two months. Wilson agrees with the modification as witnessed by his signature on the attached waiver. Wilson has been warned continued failures to report for drug testing will result in our office seeking additional punitive action, up to revocation proceedings.

Respectfully submitted,

Digitally signed by
Brianna M King
Date: 2020.01.08
08:08:37 -08'00'

Brianna King
United States Probation Officer

Prob12B
D/NV Form
Rev. June 2014

Approved:

_____
*Digitally signed by Wendy Beckner*
*Date: 2020.01.08 07:00:24 -08'00'*

**Joy Gabonia**
Supervisory United States Probation Officer

---

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

  January 13, 2020  
Date